UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re<br>CHRISTOPHER D. WYMAN,<br>    Debtor<br><br>MICHAEL E. TINDALL,<br><br>    Appellant,<br><br>v.<br><br>SAMUEL D. SWEET,<br><br>    Appellee. | Case No. 23-10171<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

**SCHEDULING ORDER FOR BANKRUPTCY APPEAL**

After the appellant/debtor filed a notice of appeal on January 23, 2023 (ECF No. 1), the Court received the designated bankruptcy record on February 22, 2023 (ECF No. 4). The following schedule is set for the filing of briefs relating to this appeal, in accordance with Bankruptcy Rule 8018(a):

| EVENT | DEADLINE |
|---|---|
| Appellant's Brief | March 23, 2023 |
| Appellee's Response Brief | April 24, 2023 |
| Appellant's Optional Reply Brief | May 8, 2023 |

The Court will examine the briefs and the record, determine whether oral argument is needed, and notify the parties accordingly.

All filings shall strictly comply with Bankruptcy Rule 8011. A courtesy copy of all motions and briefs must be sent to the chambers via first class mail the same day the document is e-filed or hand-delivered no later than the next business day after the document is e-filed. The courtesy copy should consist of the actual e-filed document and contain the electronic file stamp on the top of each page. It may be bound in any manner other than a prong fastener. Exhibits must be tabbed and the relevant portions highlighted.

SO ORDERED.

Dated: February 22, 2023

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE