UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Christopher D. Wyman
Appellant: Michael E. Tindall,

        Plaintiff(s),

v.

Appellee: Samuel D. Sweet,

        Defendant(s).
_____/

Case No. 23-10171

Honorable Laurie J. Michelson

Magistrate Judge Elizabeth A. Stafford

## ORDER OF RECUSAL AND REASSIGNMENT

      A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: April 12, 2023

s/Laurie J. Michelson
Laurie J. Michelson
U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge David M. Lawson.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

      I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 12, 2023

s/ S Schoenherr
Deputy Clerk