UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE CHRISTOPHER D. WYMAN,

        Debtor,                                Case Number 23-10171
_____/     Honorable David M. Lawson

MICHAEL E. TINDALL,

        Appellant,

v.

SAMUEL D. SWEET,

        Appellee.
_____/

**ORDER SETTING AMENDED BRIEFING SCHEDULE**

The record of appeal in the above-entitled matter was filed on January 1, 2023 and supplemented today. Pursuant to Fed. R. Bankr. P. 8018, briefs are to be filed according to the following schedule:

    A.    The appellant's brief is due on or before **June 29, 2023**.

    B.    The appellee's brief is due on or before **July 31, 2023**.

    C.    A reply brief is due on or before **August 14, 2023**.

It is further ordered that the parties shall appear for argument on **September 19, 2023** at **3:00 p.m.**

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Date: May 24, 2023