UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re Christopher D. Wyman
Michael E. Tindall - Appellant

        Plaintiff(s),                         Case No. 23-10171

v.                                            Honorable David M. Lawson

Samuel D. Sweet - Appellee         Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

        This case appears to be a companion case to Case No. __14-13047__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Denise Page Hood__ and Magistrate Judge _____.

                                              s/David M. Lawson
                                              David M. Lawson
                                              United States District Judge

                                              s/Denise Page Hood
                                              Denise Page Hood
                                              United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type: __CIVIL__

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __September 20, 2023__                 s/N. Ahmed
                                                         Deputy Clerk

cc:     Parties and/or counsel of record
          Honorable Denise Page Hood