**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DISTRICT COURT NO. 23-10171
HON. DENISE PAIGE HOOD

IN RE:

CHRISTOPHER D. WYMAN
*Debtor(s),*

BANK CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

————————————————\

MICHAEL E. TINDALL,
    Appellant,
v.

SAMUEL D. SWEET,
    Appellee.

————————————————\

## CERTIFICATE OF SERVICE
(Modified for PEDUP)

Appellant, in pro per, hereby certifies that

**APPELLANTS' NOTICE, BRIEF AND CERTIFICATION OF DISQUALIFICATION OF HON. DENISE PAIGE HOOD BY AFFIDAVIT UNDER 28 USC 144, AFFIDAVIT ATTACHED**

was submitted for filing through the PEDUP program on September ___, 2023 and will be served on Appellee Trustee Sweet by the Clerk's filing through the Court's ECF System on the date and at the time so filed by the Clerk.

Respectfully Submitted,

/S/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI  48236
(248)250-8819
Direct Email: met@comcast.net

Dated:9/__/2023

1