UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Christopher D. Wyman,

Michael E Tindall,

                      Appellant,

v.                                    Case No. 2:23-cv-10171-DPH-EAS
                                                  Hon. Denise Page Hood

Samuel D. Sweet,

                      Appellee,

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- BANKRUPTCY APPEAL HEARING: May 29, 2024 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/L. Saulsberry
                                                                  Case Manager

Dated: April 18, 2024