UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APPEAL NO. 24-1945

DISTRICT COURT NO. 23-10171
HON. DENISE PAIGE HOOD

IN RE:
    CHRISTOPHER D. WYMAN
           _Debtor(s),_

BANK CASE NO. 12-32264
CHAPTER 7
HON: D. S. OPPERMAN

_____\

MICHAEL E. TINDALL,
        Appellant,

v.

SAMUEL D. SWEET,
        Appellee.
_____\

## CERTIFICATE OF SERVICE
### (Modified for PEDUP)

Appellant, in pro per, hereby certifies that

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**
**STATEMENT OF ISSUES PRESENTED ON APPEAL**
**CERTIFICATE RE TRANSCRIPTS ON APPEAL**

was submitted for filing through the PEDUP program on November __, 2024 and will be served on Appellee Trustee Sweet by the Clerk's filing through the Court's ECF System on the date and at the time so filed by the Clerk.

Respectfully Submitted,

/S/
MICHAEL E. TINDALL
18530 MACK AVE., STE 430
DETROIT, MI  48236
(248)250-8819
Direct Email: met@comcast.net

Dated: 11/8/2024

1